FILED

NOV 2 5 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1

2

3

4          IN THE UNITED STATES DISTRICT COURT FOR THE

5               EASTERN DISTRICT OF CALIFORNIA

6

7   UNITED STATES OF AMERICA,        )
                                     )
                                     )        No CR-13-216-AWI
8       vs.                          )
                                     )        ORDER OF RELEASE
9   JESUS MARIA BONILLAS             )
    SANTA MARIA                      )
10

11

12

         The above named defendant having been sentenced on November
13
    25, 2013  TO 8 MONTHS, (TIME SERVED)
14
         IT IS HEREBY ORDERED that the defendant shall be released
15
    FORTHWITH . A certified Judgment and Commitment order to follow.
16

17

18      DATED: /1-2 5-13

19

20                                   _____
                                     ANTHONY W. ISHII
21                                   U.S. District Judge

22

23

24
    9/26/96 exonbnd.frm
25                                   1

26